**E**
**X**
**H**
**I**
**B**
**I**
**T**

**A**

**EXHIBIT A**

DEMAND

**Coverage 04-24-17 10:45 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
LOR NAME DATED      4/7/17 DARLENE DEARY
DISCLOSURE REQUEST      YES
EXCESS COVERAGE REQUEST     YES
VEHICLE PICTURES/ESTIMATES   NO
CD RECORDED STATEMENT       YES
PRESERVE EVIDENCE        YES
WAIVE MED PAY SUBRO RIGHTS  NO
-
DISCLOSURE TO TLB

**File Review 04-24-17 10:49 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
LETTER TO ATTY- NO R/S FROM DEARE

**Choice Point Match Indicator 04-25-17 11:57 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
CALLED NI- HE SAID CANT TALK AND HUNG UP ON ME

**Coverage 04-25-17 11:59 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
L/M FOR DEBRA AT ATTY TO SPEAK ABOUT PREV OF EVIDENCE

**Claims Processor 04-26-17 09:17 AM ET JFL0002/JFL0002**
**Authored By: JOANNE F LAPIRA**
NOTARIZED POLICY DISCLOSURE, SIGNED BY TONYA LOVELY, CLAIMS SUPERINTENDENT
MAILED POLICY DISCLOSURE TO ATTORNEY AND CC TO INSURED(S)

**Coverage 04-27-17 10:05 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
RECVD APPPENDIX AND EXCESS LETTER TO NI BACK IN THE MAIL-UNABLE TO FORWARD
-EXCESS-REG AND CERT

**Contact Information 04-27-17 10:44 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
CALLED YOLANDA AT ATTY TO FIND OUT IF SHE NEEDS PRES OF EVIDENCE- SHE WILL
DISCUSS W. ATTY AND GET BACK TO ME

**Medicare 04-29-17 10:46 AM ET PACMAN/PACMAN**
**Authored By: PACMAN SYSTEM**
>> MEDICARE REPORTING ERROR - UNABLE TO REPORT TO ISO <<:
PARTY: ELIZABETH       DIENTE
EXPOSURE:  RBI
MISSING FIELDS:  VENUE STATE CODE MISSING
MISSING FIELDS:  TPOC DATE1 MISSING

**Contact Information 05-03-17 01:37 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
CALLED YOLANDA AT ATTY FOR DEARE-SHE WILL WAIVE PRES OF EVIDENCE
SENT LETTER TO CONFIRM

**Medicare 05-22-17 05:23 PM ET CAB0065/CAB0065**
**Authored By: CINDY BLOOD**
DIENTE, ELIZABETH
FEDERAL MEDICARE RESEARCH COMPLETED BY THE GLOBAL PROCESS ADMINISTRATION TEAM
AND ALL APPLICABLE INFORMATION HAS BEEN ENTERED.  NO FURTHER ACTION NEEDED.

OFFER   AMOUNT:      8500 IN PERS NEG= N
FILE ASSIST
*******************
FAXED/MAILED  LTR TO CLMT ATTY- REITERATING OFFER
RECD FAX CONFIRMATION
********************

**Injury Evaluation 08-14-17 10:48 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
RECVD CERT LETTER DEMAND LETTER TO NI BACK IN THE MAIL-UNCLAIMED

**Injury Evaluation 08-15-17 12:08 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
RECVD CALL FROM YOLANDA AT ATTY OFFICE THAT THEY WILL PROCEED W FILING AS PROG
DID NOT TENDER-ADVISED THAT I CAN CONTINUE TO NEGO- YOLANDA WILL NOT NEGO.
ASKED UOLANDA IF CD IS HAVING THE SX- SHE ADVISED WHO IN THEIR RIGHT MIND
WOULD HAE SX W NO UM AND ONLY 25K IN BI. WHO WILL PAY FOR IT. ADVISED THAT I
CAN NOT ANSWER FOR HER CLIENT AND I GUESS IT DEPENDS ON HOW MUCH PAIN SHE IS
IN AND I DO NOT KNOW HER FINANCIAL SITUATION SO I CAN NOT ANSWER FOR CD/
ADVISED AGAIN I CAN NEGO. YOLAND ADVISED ME TO TELL NI THAT ATTY WILL FILE

**Injury Evaluation 08-15-17 12:10 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
CALLED NI AND ADVISED THAT ATTY MAY FILE SUIT AND PROG ONLY HAS 20 DAYS TO
RESPOND. HAVE TO LET PROG KNOW ASAP.
SENT POSS SUIT LETTER TO NI-REG AND CERT
UPDATED A NEW ADD FR ID MAIL

**Injury Evaluation 08-15-17 12:46 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
REVIEWED DOCS RECVD FROM ATTY
NO ADD MEDS RECVD- IT WAS JUST THE DEMAND-WHICH HAS BEEN RESPONDED TO

**Injury Evaluation 08-29-17 12:05 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
L/M FOR YOLANDA AT ATTY OFFICE TO F/U ON OFFER

**Injury Evaluation 08-31-17 03:50 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
RECVD V/M FROM YOLANDA AT ATTY OFFICE
CALLED SAME BACK
SHE IS STILL NOT WILLING TO NEGO

**Contact Information 09-05-17 05:26 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
RECVD COPY OF OFFER TO NI BACK IN THE MAIL-UNABLE TO FORWARD

**Injury Evaluation 09-07-17 10:59 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
SENT F/U OFFER LETTER TO ATTY

**File Intervention 09-18-17 05:45 PM ET A079457/A079457**
**Authored By: GARFIELD BIRCH**
LETT RCVD FROM ATTOR FOR CD DARLENE
DEMAND TO SETTLE FOR 25K IS WITHDRAWN
PER LETT, CD SCHED FOR SURGERY ON 9/21 & SAME INTENDS TO FILE SUIT
THERE ARE RECORDS INCLUDED W.TLD

**Contact Information 09-19-17 02:55 PM ET DSS0005/DSS0005**
**Authored By: DAVID S SIVER**

RECDV DUP LETTER DATED 9/18 FROM CD-DEARE ATTY

**Litigation 09-25-17 09:24 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
RECVD POSS SUIT LETTER TO NI CERT-BACK IN THE MAIL-UNCLAIMED

**Injury Evaluation 09-26-17 03:47 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
CALLED YOLANDA AT ATTY OFFICE
SHE WENT FOR THE SX HOWEVER HER BLOOD LEVELS WERE TOO HIGH AND COULD NOT GET
THE SX. HOWEVER SHE WILL GO BACK FOR THE SX WHEN HER BLOOD LEVELS ARE LOWER.

**Injury Evaluation 09-26-17 03:51 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
RECVD LETTER FROM ATTY- W/D DEMAND OF 25K
NOTES FROM BRIAN AND SPINE
7% DISABILITY 6THB EDITIION
IF WORSENS OR RECRRENT OR NEURO DEFICITS FAILS THEN DEFINITE SX INTERVENTION
MAY BE WARRANTED. LEVEL S ACDF C SPRINE.

**Injury Evaluation 10-04-17 09:49 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
CALLED YOLANDA AT ATTY OFFICE
SHE IS IN THE PROCESS OF FILING SUIT
CD HAS NOT HAD SX YET DUE TO BLOOD WORK

**Litigation 10-04-17 09:51 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
SEARCHED PALM BEACH COUNTY COURTS-NO SUITS

**Litigation 10-13-17 11:51 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
SEARCHED PALM BEACH COUNTY COURTS- NO SUITS

**Litigation 10-23-17 02:55 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
SEARCHED PALM BEACH COUNTY CLEAR OF COURTS- NO SUITS

**Injury Evaluation 10-23-17 02:57 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
L/M FOR YOLANDA AT ATTY TO F.U ON OFFERS- SUIT?

**Litigation 10-30-17 01:11 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
WENT INTO PALM BEACH COUNTY COURTS ON LINE
NO SUITS UNDER ID AND CGP NAME

**Litigation 11-06-17 11:36 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
SEARCHED PALM BEACH COUNTY SOURTS- NO CASES FOUND FOR CD OR ID

**Injury Evaluation 11-06-17 11:37 AM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
L/M FOR YOLANDA AT ATTY TO F/U ON OFFER AND CASE STATUS

**Litigation 11-16-17 04:01 PM ET AXG0120/AXG0120**
**Authored By: AMY L GABAY**
SEACHED PALM BEACH COURTS- NO HITS FOR ID OR CD

**Litigation 11-28-17 01:04 PM ET AXG0120/AXG0120**

CONFIDENTIAL