E
X
H
I
B
I
T

B

**EXHIBIT B**

PDF-Writer.NET Evaluation Version.
Buy online at www.dbAutoTrack.com

# Liability Navigator™
# Common Law Assessment

**Assessment Date: 01-Aug-2017 at 10:09 AM**
**Claim Number: 171113602**
**Policy Number: N-A**
**Claimant Name: Deare, Darlene**
**Adjuster Name: Gabay, Amy**
**Jurisdiction: Palm Beach, Florida**

PGR  280

PDF-Writer.NET Evaluation Version.
Buy online at www.dbAutoTrack.com

## Plan

| | |
|---|---|
| General Damages | $2,255-$4,100 |
| Medical ($1,601) - offsets* ($0) = | $1,601 |
| Wage Loss ($0) - offsets^ ($0) = | $0 |
| Disfigurement | $0 |
| Additional Damages | $7,000 |
| Other Economic Loss | $0 |
| **Total Damages** | **$3,856-$12,701** |
| Reduction of other offsets | 0 % |
| Reduction Amount for other offsets | $0 |
| Claimant Liability | 0 % |
| Lowest Ultimate Cost | $0 |
| **Total Net Damages** | **$3,856-$12,701** |

*Offsets for PIP & medical; ^Offsets for PIP

2

PGR 281

PDF-Writer.NET Evaluation Version.
Buy online at www.dbAutoTrack.com

## Assessment Notes:

### Plan criteria
Date of Loss: 17-Mar-2017. Plan run on 01-Aug-2017.
Future Wage Loss Plan: No Future Wage Loss
Case Jurisdiction: Palm Beach County, Florida
Case Line of Business: Private Passenger, voluntary
Medical included: $1,601
Additional Damages amount included: $7,000 for 5/12 and 6/16 cervical facet inj.
No Claimant Liability assessed.

### Claimant
Darlene Deare, Female, Born 15-Jul-1968, 48 years old on 17-Mar-2017, right-handed.

### Medicals
**Injury**

| Date | Medical Code | CMS Code | Description |
| --- | --- | --- | --- |
| 17-Mar-2017 | S13.4XXA.G | S13.4XXA | Sprain/Strain of ligaments of cervical spine |
| 17-Mar-2017 | S23.3XXA.G | S23.3XXA | Sprain/Strain of ligaments of thoracic spine |
| 17-Mar-2017 | S33.5XXA.G | S33.5XXA | Sprain/Strain of ligaments of lumbar spine |

**Treatment**

| Date | Medical Code | CMS Code | Description |
| --- | --- | --- | --- |
| 29-Mar-2017 | 8E0KXY7.GP | N/A | Examination of Musculoskeletal System- GP or ER visit - neck or back pain |
| 14-Apr-2017 | 8E0KXY7.GP | N/A | Examination of Musculoskeletal System- GP or ER visit - neck or back pain for 3 visits up to 02-Jun-2017 |
| 17-Apr-2017 | 9WB1XLZ.E | N/A | Chiropractic Treatment of Cervical Spine for 18 visits up to 09-Jun-2017 |
| 17-Apr-2017 | 9WB2XLZ.A | N/A | Chiropractic Treatment of Thoracolumbar Spine for 10 visits up to 12-May-2017 |
| 17-Apr-2017 | BR30ZZZ | N/A | Magnetic Resonance Imaging (MRI) of Cervical Spine |

### Prognoses
No preferred prognosis was supplied.

### Other information entered
No Wage Loss information was supplied.

## Assessment Action Items:
(None)

## Involved Parties:

PGR  282

PDF-Writer.NET Evaluation Version.
Buy online at www.dbAutoTrack.com

Darlene Deare, Claimant
Gordon And Doner, Law Firm, 650371275, representing Darlene Deare
Dwight Norman, Policyholder
Dan Williams, Attorney, 650371275, Gordon And Doner, representing Darlene Deare

## Case Note(s):
(None)

## Disclaimer:

The Licensee acknowledges that Liability Navigator™ (LNav) is advisory only, does not require adherence to its options or estimates, and may be utilized as an aid to assist the Licensee in claims settlement. The Licensee must determine for itself what requirements apply to each claim situation. In no event shall this system be used as the sole criteria in settlement of any claim.

PGR  283