# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### CASE NO.: 9:20-cv-80279-DMM-DLB

DARLENE DEARY, individually and
as assignee of DWIGHT NORMAN,

     *Plaintiff,*

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

     *Defendant.*

_____/

### JOINT STATUS REPORT

Darlene Deary, individually and as assignee of Dwight Norman and Progressive American Insurance Company pursuant to this Court's Order denying Motion to Seal [D.E. 73], file their Joint Status Report, as follows:

On November 23, 2020, Michal Meiler, counsel for Ms. Deary and Christopher Machado, counsel for Progressive held a phone conference to confer regarding the sealing issues. The Parties have agreed to allow Ms. Deary to amend her Opposition to Defendant's Motion for Summary Judgment [D.E. 70] and her Omnibus Response to Defendant's Motions *in Limine* [D.E. 71] to include summaries of Progressive's Claims Standards in lieu of filing the material as an exhibit. The summaries that the Parties have agreed upon do not need to be redacted and may be filed in the record.

Ms. Deary respectfully requests that this Court grant her leave to file an Amended Opposition to Defendant's Motion for Summary Judgment and Alternative Partial Motion for Summary Judgment and an Amended Omnibus Opposition to Defendant's Motions *in Limine*

Case No.: 9:20-cv-80279-DMM-DLB

which rephrase the redacted content on page 11, note 3 of D.E. 70, and pages 15 and 17 of D.E. 71, pursuant to the Parties' stipulation.

Respectfully Submitted,

YOUNG, BILL, BOLES, PALMER, DUKE & THOMPSON, P.A.
2 South Biscayne Blvd., Suite 3195
Miami, FL 33131
305-222-7720
305-492-7729 *facsimile*

/s/ Christopher R. Machado
**B. Richard Young, Esq.**
Florida Bar No.: 442682
bryoung@flalawyer.net
**Adam A. Duke, Esq.**
Florida Bar No.: 55734
aduke@flalawyer.net
**Christopher R. Machado, Esq.**
Florida Bar No.: 111622
cmachado@flalawyer.net
*Counsel for Progressive American Ins. Co.*

VER PLOEG & MARINO, P.A.
100 S.E. Second Street, Suite 3300
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*

/s/ Michal Meiler
**Michal Meiler, Esq.**
Florida Bar No. 86522
mmeiler@vpm-legal.com
smcgee@vpm-legal.com
**S. Alice Weeks, Esq.**
Florida Bar No. 1002667
sweeks@vpm-legal.com
*Counsel for Darlene Deary*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on November 30, 2020, on all counsel or parties of record on the Service List below.

/s/ Michal Meiler
**Michal Meiler, Esq.**

Case No.: 9:20-cv-80279-DMM-DLB

**SERVICE LIST**

Adam A. Duke, Esq.
Christopher R. Machado, Esq.
Young, Bill, Boles, Palmer, Duke &
Thompson, P.A.
2 South Biscayne Blvd., Suite 3195
Miami, FL 33131
305-222-7720
305-492-7729 *facsimile*
aduke@flalawyer.net
cmachado@flalawyer.net
npolo@flalawyer.net
*Counsel for Progressive American Ins. Co.*

Michal Meiler, Esq.
S. Alice Weeks, Esq.
Ver Ploeg & Marino, P.A.
100 S.E. Second Street, Suite 3300
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*
mmeiler@vpm-legal.com
sweeks@vpm-legal.com
smcgee@vpm-legal.com
*Counsel for Darlene Deary*

B. Richard Young, Esq.
Young, Bill, Boles, Palmer, Duke &
Thompson, P.A.
226 S. Palafox Place, 7th FL
Pensacola, FL 32502
850-432-2222
850-432-1444 *facsimile*
bryoung@flalawyer.net
*Counsel for Progressive American Ins. Co.*